**Jorge GEVARA, Petitioner–Appellant,**

v.

**State of NORTH CAROLINA
GUILFORD COUNTY,
Respondent–Appellee.**

No. 12–7173.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 27, 2012.

Jorge Gevara, Appellant Pro Se.

Before TRAXLER, Chief Judge, and
SHEDD and FLOYD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jorge Gevara seeks to appeal the district court's order adopting the recommendation of the magistrate judge and
dismissing his 28 U.S.C. § 2254 (2006) petition without prejudice because he failed
to file it on the proper forms and failed to
submit either the required filing fee or an
application to proceed in forma pauperis.
Generally, a district court's dismissal of a
complaint without prejudice is not appealable. *Domino Sugar Corp. v. Sugar
Workers Local Union 392*, 10 F.3d 1064,
1066–67 (4th Cir.1993). However, "if the
grounds of the dismissal make clear that
no amendment could cure the defects in
the plaintiff's case, the order dismissing

the complaint is final in fact and appellate
jurisdiction exists." *Id.* at 1066 (internal
quotation marks and alteration omitted).

In this case, Gevara may be able to save
his petition by amending it to comply with
the district court's order. Therefore, the
court's order dismissing Gevara's petition
without prejudice is not an appealable order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the
appeal for lack of jurisdiction. We dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*